STATE v. HILL

No. 201 PC.

Case below: 33 N.C. App. 636.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. LOCKETT

No. 197 PC.

Case below: 33 N.C. App. 401.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. McKOY

No. 181 PC.

Case below: 33 N.C. App. 304.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 24 August 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 24 August 1977.

STATE v. MEDLIN

No. 193 PC.

Case below: 33 N.C. App. 636.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

STATE v. MONTGOMERY

No. 210 PC.

Case below: 33 N.C. App. 693.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 August 1977. Appeal dismissed ex mero motu 4 August 1977.